IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TAMEKA EMERSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALEXANDRIA PLACE-ASSISTED )<br>LIVING BY AMERICARE )<br>COMPANY, ET AL. )<br>)<br>Defendants. ) | Case No. 1-04-1101-T-AN |

## ORDER OF DISMISSAL

This matter coming on the parties' Stipulation for Dismissal With Prejudice and the Court being fully advised in the premises:

It is **ORDERED** that the above cause of action is hereby dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

_James D. Todd_
UNITED STATES DISTRICT JUDGE

DATED: 13 May 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5|16|05

117737.1

33

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:04-CV-01101 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

J. C. Cox
FIELDS & COX
645 N. Royal Street
Jackson, TN 38301--499

Thomas O. McCarthy
McMAHON BERGER HANNA LINIHAN CODY AND MCCARTHY
2730 N. Ballas Rd.
Ste. 200
St. Louis, MO 63131--303

Tameka Emerson
25 Carlton Place
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT