

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

TAMEKA EMERSON

v.

ALEXANDRIA PLACE- ASSISTED LIVING BY AMERICARE COMPANY, ET AL.,

CASE NUMBER:   1:04-1101-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 5/13/2005, this action is hereby DISMISSED with prejudice and each party shall bear its own costs and attorney's fees.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


ROBERT R. Di TROLIO
CLERK

5/17/05                     BY:  C. Hurd
_____                _____
DATE                             DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  5/17/05  .

34

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:04-CV-01101 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

J. C. Cox
FIELDS & COX
645 N. Royal Street
Jackson, TN 38301--499

Thomas O. McCarthy
McMAHON BERGER HANNA LINIHAN CODY AND MCCARTHY
2730 N. Ballas Rd.
Ste. 200
St. Louis, MO 63131--303

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Honorable James Todd
US DISTRICT COURT